**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

NICOLAS MEDINA DIAZ,

Petitioner

v.

TODD BLANCHE, et al.,

Respondents

Case No.: 2:26-cv-02683-APG-BNW

**Order Granting Motion to Dismiss**

[ECF No. 9]

I ORDER that petitioner Nicolas Medina Diaz's motion to dismiss **(ECF No. 9) is GRANTED.** The petition is dismissed without prejudice due to a duplicative petition already pending in this court. The clerk of court is instructed to close this case.

DATED this 18th day of September, 2026.

ANDREW P. GORDON
CHIEF UNITED STATES DISTRICT JUDGE